LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400



08 CV 4332

Attorneys for Plaintiff
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND INDEMNITY
ASSOCIATION, INC.

                      Plaintiff,

    - against -                            **RULE 7.1 DISCLOSURE**
                                                              **STATEMENT**

VIRGIN GORDA TRANSPORT LTD. a/k/a SPEEDY'S,

                      Defendant.
------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: May 7, 2008

                                                      LYONS & FLOOD, LLP

                         By: _____
                                 Edward P. Flood (EPF-5797)
                                 65 West 36th Street, 7th Floor
                                 New York, New York 10018
                                 (212) 594-2400

U:\kmh\docs\2600035\Legal\Rule 7.1.doc