*Plaintiffs request is hereby granted. The conference previously scheduled for August 28, 2008, at 4:30pm is adjourned to September 24, 2008 at 8:00 pm. SO ORDERED. No further adjournments.*

*Date: 8/28/08*

*Shira A. Scheindlin, USDJ*

USDC S
DOCUM...
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/08

LYONS & FLOOD, LLP
ATTORNEYS AT LAW
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

RECEIVED
CHAMBERS OF

AUG 2 8 2008

JUDGE SCHEINDLIN

August 28, 2008

**BY TELEFAX**                    (212) 805-7920

Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     American Steamship Owners Mutual P & I Ass'n, Inc. v. Virgin Gorda Transport
        Ltd., et al, 08 Civ. 4332 (SAS)
        Our file: 2600035

Dear Judge Scheindlin:

We are attorneys for plaintiff in this Rule B attachment action and we write to request that the conference scheduled to take place this afternoon at 4:30 p.m. be adjourned. The reason that an adjournment is requested is that the defendant has not yet appointed any counsel in New York and thus, we do not anticipate that defendant will appear at the conference.

We are continuing to hold security in the amount of $40,000.00 at Wachovia Bank and continue to serve the garnishee banks daily with the writ of attachment. However, to date, no appearance has been made by the defendant.

On July 2, 2008, the defendant, through its broker, made a voluntary payment to plaintiff in the amount of $15,997.68 in partial settlement. However, to date, no further payments have been forthcoming and no further settlement discussions have taken place.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

U:\kmhldocs\2600035\Correspondence\Scheindlin 03 ltr.doc